**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DALIA LIZETH ROMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Respondent, <br><br> v. <br><br> **DALIA LIZETH ROMAN**, <br><br> Defendant. | CASE NO. 1:02-CR-5379 OWW <br><br> **ORDER RE: DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT** |

**ORDER**

Good cause appearing, and for the reasons set forth in the Motion for Disclosure of the Presentence Report filed by present retained counsel, Erin J. Radekin, the defendant's motion for disclosure of the presentence investigation reports is GRANTED. It is hereby ordered that a copy of the presentence report be provided to Ms. Radekin.

IT IS SO ORDERED.

Dated:  **July 28, 2021**            _____
                                     UNITED STATES DISTRICT JUDGE

1