PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DALIA LIZETH ROMAN,<br><br>　　　　　　Defendant. | Case No. 1:02-cr-05379 JLT<br><br>**STIPULATON AND ORDER RE EXTENSION OF TIME TO PROPOSE A BRIEFING SCHEDULE** |

STIPULATION

The United States of America, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, and defendant-petitioner DALIA LIZETH ROMAN, by and through her counsel of record hereby stipulate to, and request from the Court, a 60 day extension of time to submit an agreed briefing schedule for the government's response and defendant's reply regarding defendant Roman's petition for writ of error coram nobis.

On February 22, 2022, the Court issued a minute order directing the parties to meet and confer to attempt to reach a stipulation regarding scheduling for briefing on Roman's petition for writ of

Stip. re Ext. of Time; Order           1

1 error coram nobis (Dkt. No. 105), and to submit any agreed
2 stipulation within thirty days of the order.  The parties have met
3 and conferred and submit the instant stipulation and proposed order.
4      The government has requested a copy of Ms. Roman's alien file
5 from the Department of Homeland Security and will shortly propose a
6 stipulation to the defense for partial waiver of the attorney-client
7 and work product privileges, to permit disclosure of defendant
8 Roman's communications with, and work product of, her prior counsel,
9 in connection with the representation of Roman in her criminal case.
10      The government is seeking these materials in order to adequately
11 respond to the pending petition and will be able to accurately
12 predict the time necessary to submit a response to the petition once
13 its efforts to obtain these materials are complete.  The defendant
14 does not object to this extension of time for the government to
15 attempt to obtain these materials and for the parties to submit an
16 agreed briefing schedule.
17      The parties therefore stipulate, and request that the Court
18 Order, as follows:
19      The deadline for the parties to submit a stipulation for an
20      agreed briefing schedule on defendant Roman's petition for writ
21      of error coram nobis is continued from on or before March 24,
22      2022 to on or before **May 23, 2022**.
23 IT IS SO STIPULATED.
24 ///
25 ///
26 ///
27 ///
28 ///

Stip. re Ext. of Time; Order            2

```
Dated:  March 22, 2022
                                        PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ Henry Z. Carbajal III
                                        HENRY Z. CARBAJAL III
                                        Assistant U.S. Attorney



Dated:  March 22, 2022                  /s/ Erin Radekin
                                        ERIN RADEKIN
                                        Attorney for Defendant
                                        DALIA LIZETH ROMAN
```

**ORDER**

Good cause appearing, the parties' stipulation regarding an extension of time to propose a briefing schedule is GRANTED.

IT IS SO ORDERED.

Dated:  **March 23, 2022**

                                                                        /s/ Jennifer L. Thurston
                                                                        UNITED STATES DISTRICT JUDGE

Stip. re Ext. of Time; Order                    3