**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Petitioner
**DALIA LIZETH ROMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALIA LIZETH ROMAN**, <br><br>                    Petitioner, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br>                    Respondent. | CASE NO. 1:02-CR-05379-JLT <br><br> **STIPULATON AND ORDER FINDING A PARTIAL WAIVER OF THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES** |

**STIPULATION**

Respondent, the United States of America, by and through its attorney, Assistant United States Attorney Stephanie M. Stokman, and defendant-petitioner DALIA LIZETH ROMAN, by and through her counsel of record, Erin J. Radekin, hereby stipulate to, and jointly request, a court order of a partial waiver of the attorney-client and work product privileges as to Ms. Roman's communications with her prior counsel, Jim T. Elia, as set forth herein.

The parties agree that they cannot adequately litigate Ms. Roman's claims without the following stipulation as to the partial waiver of the attorney-client and work product privileges.

1

The parties therefore stipulate, and request that the Court find and order, as follows:

1. Ms. Roman has waived the attorney-client privilege to the extent provided by law.

2. Ms. Roman's waiver of the attorney-client privilege has been made by virtue of her petition for a writ of error coram nobis which alleges, in part, that she received ineffective assistance of counsel from her former counsel, Jim T. Elia.

3. The waiver includes Ms. Roman's rights that are otherwise protected by Mr. Elia's obligations pursuant to the attorney-client and work-product privileges, and Mr. Elia's duty of loyalty and confidentiality.

4. Ms. Roman agrees that Mr. Elia is no longer prohibited from discussing and/or cooperating in this matter with respondent insofar as is necessary to discuss Ms. Roman's claims in her petition for writ of error coram nobis that Ms. Roman's performance was prejudicially deficient.

5. The waiver does not extend to any issues not within the scope of Ms. Roman's claims that are raised by her petition for a writ of error coram nobis.

6. Accordingly, the parties agree there has been a waiver of the attorney-client privilege with respect to the ineffective assistance of counsel claims raised in Ms. Roman's petition for a writ of error coram nobis.

IT IS SO STIPULATED.

Dated:  May 12, 2022                                         PHILLIP A. TALBERT
                                                             United States Attorney


                                                             _____
                                                             STEPHANIE M. STOKMAN
                                                             Assistant U.S. Attorney

Dated:  May 12, 2022         /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
DALIA ROMAN

**ORDER**

Good cause appearing, the parties' stipulation regarding a partial waiver of petitioner DALIA ROMAN's attorney-client privilege and the work product privilege is **APPROVED.**

IT IS SO ORDERED.

Dated:   **May 15, 2022**                      /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

3