**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:  (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Petitioner
**DALIA LIZETH ROMAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALIA LIZETH ROMAN**, <br><br> Petitioner, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | CASE NO. 1:02-CR-05379-JLT <br><br> **STIPULATON AND ORDER RE: BRIEFING SCHEDULE RELATING TO PETITION FOR A WRIT OF ERROR CORAM NOBIS** |

**STIPULATION**

Respondent, the United States of America, by and through its attorney, Assistant United States Attorney Stephanie M. Stokman, and defendant-petitioner DALIA LIZETH ROMAN, by and through her counsel of record, Erin J. Radekin, hereby stipulate, and jointly request, as follows:

1. By order dated March 23, 2022, the court extended the deadline for the parties to meet and confer and agree to a briefing schedule relating to Ms. Roman's petition for a writ of error coram nobis (ECF No. 105) to May 23, 2022.  ECF No. 110.

1

2.  Pursuant to the Court's order, the parties have met and conferred, and have agreed to the following briefing schedule relating to Ms. Roman's petition for a writ of error coram nobis:

3.  The government will submit its response to the petition for a writ of error coram nobis by July 22, 2022; and

4.  Ms. Roman will submit her reply to the government's response to the petition for a writ of error coram nobis by August 22, 2022.

IT IS SO STIPULATED.

Dated:  May 12, 2022

PHILLIP A. TALBERT
United States Attorney


_____
STEPHANIE M. STOKMAN
Assistant U.S. Attorney


Dated:  May 12, 2022

 /s/ Erin J. Radekin_____
ERIN J. RADEKIN
Attorney for Defendant
DALIA LIZETH ROMAN

## ORDER

Good cause appearing, the parties' stipulation regarding the briefing schedule is GRANTED. Accordingly, the government's response to the petition for a writ of error coram nobis is due July 22, 2022; and Ms. Roman's reply to the government's response is due by August 22, 2022.

IT IS SO ORDERED.

Dated:  **May 15, 2022**

_____
UNITED STATES DISTRICT JUDGE

2